MARY BONACARSI, an Infant under the Age of Fourteen Years, by TONY BONACARSI, Her Guardian ad Litem, and TONY BONACARSI, Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF MOUNT VERNON, Appellant, and THE CITY OF MOUNT VERNON, Defendant.— Order denying motion of defendant board of education to vacate and set aside plaintiffs' notice of examination before trial except as to item 1 thereof, and directing said defendant to present itself for examination as to the other items of the notice, affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements; the examination to proceed on five days' notice. (See *Braun* v. *Board of Education of the City of N. Y.*, 248 App. Div. 586; *Costellano* v. *Board of Education of the City of N. Y.*, Id. 635.) Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

THE BOWERY SAVINGS BANK, Respondent, v. SONONA HOLDING CORPORATION and Others, Defendants, and JEROME A. WEISS and MORRIS WEISS, Appellants. — Order granting motion of the plaintiff in a foreclosure action to strike out the answer of defendants Weiss and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

DANIEL BURNHAM, Respondent, v. MARGARET E. FAUSER, Appellant.— Order of the County Court of Westchester county denying on condition defendant's motion to dismiss this action for failure to prosecute reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. The action is for loss of an infant's services and for medical expenses. Issue was joined on December 29, 1924. The case was last marked off the calendar on April 18, 1927, and the plaintiff has done nothing since. In our opinion the plaintiff has not satisfactorily explained the delay in restoring the case to the calendar for trial and it was an improper exercise of discretion to deny the motion to dismiss. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur. [See *ante*, p. 907.]

JOHN T. CLARK REALTY CO., INC., JOHN T. CLARK, JR., and FLORENCE H. CLARK, Appellants, v. ARTHUR D. HARRIS and Others (Action No. 1); ARCHIBALD CRAIG, as Administrator, etc., and Others (Action No. 2); ADA ANDERSON and Others (Action No. 3); NICOLA BARTOLINI and Others (Action No. 4); ROBERT G. WARD, as Administrator, etc., of EUGENIE C. WARD, Deceased, and Others, Substituted in Place of EUGENIE C. WARD, Deceased, and Others (Action No. 5); DAVID H. BAILEY and Others, as Executors, etc., of FANNY ZEH, etc., Deceased, and Others (Action No. 6); MARY SIEGAL and Others (Action No. 7); MARGARET BARTOLINI and Others (Action No. 8); FRANK HELSING and Others (Action No. 9); HANNAH READ and Others (Action No. 10); HELEN BARTOLINI and Others (Action No. 11); JANE CUNNINGHAM (Action No. 12); ANTHONY STARACE and Others (Action No. 13); THERESA CANTWELL and Others (Action No. 14), Respondents. — On the court's own motion, the decision of this court handed down on February 11, 1938 [*ante*, p. 325], is hereby amended to read as follows: Judgment for defendant in each case unanimously affirmed, with costs to respondents jointly, except respondent Cantwell, as to whom the judgment is unanimously affirmed, with costs. Opinion by Hagarty, J. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.